PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00210 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CLAUDIA HUMPHREY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 23, 2017.

2. By this stipulation, defendant now moves to continue the status conference until May 4, 2017, at 9:30 a.m., and to exclude time between February 23, 2017, and May 4, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States has represented that the discovery associated with this case includes is in excess of 20,000 pages and consists of financial documents, reports of interview, and audit reports, among other materials. All of this discovery has been produced directly to counsel.

   b) Counsel for defendant desires additional time to review the discovery, consult

1  with her client, and to conduct an investigation and research into the current charges.

2          c)      Counsel for defendant believes that failure to grant the above-requested
3  continuance would deny her the reasonable time necessary for effective preparation, taking into account
4  the exercise of due diligence.

5          d)      The United States does not object to the continuance.

6     e)      Based on the above-stated findings, the ends of justice served by continuing the case as
7  requested outweigh the interest of the public and the defendant in a trial within the original date
8  prescribed by the Speedy Trial Act.

9          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10  et seq., within which trial must commence, the time period of February 23, 2017 to May 4, 2017,
11  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it
12  results from a continuance granted by the Court at defendant's request on the basis of the Court's
13  finding that the ends of justice served by taking such action outweigh the best interest of the public and
14  the defendant in a speedy trial.

15     4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the
16  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
17  must commence.

18     IT IS SO STIPULATED.

19  Dated:  February 21, 2017                               PHILLIP A. TALBERT
20                                                        United States Attorney

21                                                        */s/ Todd A. Pickles*
22                                                        TODD A. PICKLES
                                                      Assistant United States Attorney

23  Dated:  February 21, 2017                               */s/ Todd A. Pickles for Randy*
24                                                      *Sue Pollock*
                                                    RANDY SUE POLLOCK
25                                                      Counsel for Defendant
                                                    CLAUDIA HUMPHREY

26

27

28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 21st day of February, 2017.

_____
Troy L. Nunley
United States District Judge