| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| 2 | Attorney at Law (CSBN 64493) |
|   | 286 Santa Clara Avenue |
| 3 | Oakland, CA 94610 |
|   | Telephone: (510) 763-9967 |
| 4 | Facsimile: (510) 380-6551 |
|   | rsp@rspollocklaw.com |
| 5 | |
| 6 | Attorney for Defendant |
|   | CLAUDIA HUMPHREY |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

−oOo−

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | **Court No. 2:16-cr-0210-TLN** |
| | Plaintiff, | |
| vs. | | **STIPULATION TO CONTINUE CASE FOR SUBSTITUTION OF COUNSEL; ORDER** |
| CLAUDIA HUMPHREY, | | |
| | Defendant. | _____ |
| _____ / | | |

uDefendant Claudia Humphrey, by and through her counsel of record Randy Sue Pollock and Assistant United States Attorney Todd Pickles hereby stipulate that the status conference originally set for August 31, 2017 be continued to September 28, 2017 for hearing on counsel's request for substitution of counsel.

The parties further stipulate, and request that the Court find, that the time between September 5, 2017 and September 28, 2017 be excluded under the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(B)(iv), in order to permit the defendant to obtain or substitute counsel, and that the

Defendant Humphrey's Stipulation To Continue Case For Substitution of Counsel
CR. 16-0210-TLN

ends of justice in granting the continuance outweigh the interests of the defendant and the public in a Speedy Trial, Title 18, United States Code Section 3161(h)(7)(A)."

Date; September 7, 2017                                  Respectfully submitted,

                                                             */s/ Randy Sue Pollock*
                                                           Randy Sue Pollock
                                                           Counsel for Defendant
                                                           Claudia Humphrey

Date: September 7, 2017                                  /s/ *Todd Pickles*
                                                           Todd Pickles
                                                           Assistant United States Attorney

## ORDER

"IT IS ORDERED THAT the Court ADOPTS the parties' stipulation and FINDS that time is excluded from September 5, 2017 and September 28, 2017 under the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(B)(iv), in order to permit the defendant to obtain or substitute counsel, and that the ends of justice in granting the continuance outweigh the interests of the defendant and the public in a Speedy Trial, Title 18, United States Code Section 3161(h)(7)(A)."

IT IS FURTHER HEREBY ORDERED that Defendant Claudia Humphrey's hearing regarding substitution of Counsel be heard on September 28, 2017, at 9:30 a.m.

SO ORDERED:

Dated: September 8, 2017

                                                           Troy L. Nunley
                                                           United States District Judge

Defendant Humphrey's Stipulation To Continue Case For Substitution of Counsel
CR. 16-0210-TLN