RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
Claudia Humphrey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLAUDIA HUMPHREY

        Defendant.
_____/

**Court No. 2:16-CR-0210-TLN**

**STIPULATION AND ORDER TO CONTINUE SENTENCING**
_____

    Defendant Claudia Humphrey, by and through her counsel of record Randy Sue Pollock, and Assistant United States Attorney Todd Pickles hereby stipulate that sentencing which is presently set for January 3, 2019 be rescheduled to February 21, 2019, at 9:30 a.m.. This extension is at the request of defense counsel who needs additional time to prepare for sentencing.

Date: December 13, 2018

                                                                  /s/*Randy Sue Pollock*
                                                                  RANDY SUE POLLOCK
                                                                  Counsel for Defendant Claudia Humphrey

1 Date: December 13, 2018  /s/ *Todd Pickles*
TODD PICKLES
2 Assistant United States Attorney

3

4 **SO ORDERED:**

5 Dated: December 13, 2018

6

7 _____
Troy L. Nunley
8 United States District Judge