RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
Claudia Humphrey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–oOo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLAUDIA HUMPHREY<br><br>    Defendant.<br>_____/ | **Court No. 2:16-cr-0210-TLN**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br>_____ |

    Defendant Claudia Humphrey, by and through her counsel of record Randy Sue Pollock, and Assistant United States Attorney Matthew Thuesen hereby stipulate that sentencing which is presently set for February 21, 2019 be rescheduled to March 28, 2019, at 9:30 a.m.. This extension is at the request of defense counsel who needs additional time to prepare for sentencing.

STIPULATON TO CONTINUE SENTENCING; ORDER      1

United States Probation Office Shannon Morehouse has no objection to this request.

Date: February 1, 2019      /s/ *Matthew Thuesen*
                            MATTHEW THUESEN
                            Assistant United States Attorney

Date: February 1, 2019      /s/*Randy Sue Pollock*
                            RANDY SUE POLLOCK
                            Counsel for Defendant Claudia Humphrey

**IT IS SO ORDERED.**

Dated: February 1, 2019

_____
Troy L. Nunley
United States District Judge