| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| | Attorney at Law (CSBN 64493) |
| 2 | 286 Santa Clara Avenue |
| | Oakland, CA 94610 |
| 3 | Telephone: (510) 763-9967 |
| 4 | Facsimile: (510) 380-6551 |
| | rsp@rspollocklaw.com |
| 5 | |
| | Attorney for Defendant |
| 6 | CLAUDIA HUMPHREY |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–oOo–

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. 2:16-CR-00210-TLN** |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| vs. | ) | |
| CLAUDIA HUMPHREY, | ) | |
| Defendant. | ) | |

Defendant Claudia Humphrey, by and through her counsel of record Randy Sue Pollock, and Assistant United States Attorney Matthew Thuesen hereby stipulate that sentencing which is presently set for March 28, 2019, be continued to April 11, 2019, at 9:30 a.m. This extension is at the request of defense counsel who needs additional time to prepare for sentencing.

STIPULATION TO CONTINUE SENTENCING DATE; ORDER                                        1

United States Probation Office Shannon Morehouse has no objection to this request.

Date: March 7, 2019                      /s/ Matthew Thuesen
                                                MATTHEW THUESEN
                                                Assistant United States Attorney

Date: March 7, 2019                      /s/ *Randy Sue Pollock*
                                                RANDY SUE POLLOCK
                                                Counsel for Defendant
                                                CLAUDIA HUMPHREY

**SO ORDERED:**

Date: March 8, 2019

                                                Troy L. Nunley
                                                United States District Judge